

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| CHECK CARD USING FOR PAYMENT |
| ☐ AMERICAN EXPRESS  ☐ DISCOVER  ☐ MASTERCARD  ☐ VISA |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 03/24/08 | CONTINUED | 4709 |

SHOW AMOUNT PAID HERE $ -

**STATEMENT**

ADDRESSEE:

RALPH MELLUSI, ESQ
29 Broadway
New York, NY 10006

REMIT TO:

Bakshian, Sam
8670 Wilshire Blvd
Suite 202
Beverly Hills, CA 90211

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Default Message  If questions call
(310) 855-0751

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 10/11/06 | ENCOUNTER 4707 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIAN,... | | | | |
| 10/11/06 | 99214 - OFFICE/OUTPATIENT VISIT, EST | $105.00 | $105.00 | | |
| 10/11/06 | 72040 - X-RAY EXAM OF CERVICAL SPINE 2-3 VIEWS | $92.00 | $92.00 | | |
| | ENCOUNTER TOTAL | $197.00 | $197.00 | $0.00 | $197.00 |
| 3/07 | ENCOUNTER 8361 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIAN,... | | | | |
| 03/07 | 99214 - OFFICE/OUTPATIENT VISIT, EST | $105.00 | $105.00 | | |
| 01/03/07 | PI2 - SPECIAL REPORTS OR FORMS | $75.00 | $75.00 | | |
| 01/03/07 | 72052 - X-RAY EXAM OF CERVICAL SPINE,COMPLETE OBLIQUE/F... | $127.00 | $127.00 | | |
| 01/03/07 | 72120 - X-RAY EXAM OF LOWER SPINE | $132.25 | $132.25 | | |
| | ENCOUNTER TOTAL | $439.25 | $439.25 | $0.00 | $439.25 |
| 01/24/07 | ENCOUNTER 9445 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIAN,... | | | | |
| 01/24/07 | 99214 - OFFICE/OUTPATIENT VISIT, EST | $105.00 | $42.00 | | |
| 03/27/07 | Blue Cross Payment | -$63.00 | | | |
| 01/24/07 | PI2 - SPECIAL REPORTS OR FORMS | $75.00 | $75.00 | | |
| | ENCOUNTER TOTAL | $117.00 | $117.00 | $0.00 | $117.00 |
| 03/02/07 | ENCOUNTER 11147 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 03/02/07 | 99215 - OFFICE/OUTPATIENT VISIT, EST | $150.00 | $150.00 | | |
| 03/02/07 | PI2 - SPECIAL REPORTS OR FORMS | $75.00 | $75.00 | | |
| | ENCOUNTER TOTAL | $225.00 | $225.00 | $0.00 | $225.00 |
| 04/25/07 | ENCOUNTER 13551 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 04/25/07 | 99215 - OFFICE/OUTPATIENT VISIT, EST | $150.00 | $150.00 | | |
| 04/25/07 | PI2 - SPECIAL REPORTS OR FORMS | $75.00 | $75.00 | | |
| | ENCOUNTER TOTAL | $225.00 | $225.00 | $0.00 | $225.00 |
| 05/23/07 | ENCOUNTER 14771 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 05/23/07 | 99215 - OFFICE/OUTPATIENT VISIT, EST | $150.00 | $150.00 | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 4709 | $2,018.23 | $0.00 | $120.59 | $0.00 | $9,507.71 | $11,646.53 |

MESSAGE:

PLEASE PAY THIS AMOUNT »»»» CONTINUED

** PAYMENT DUE UPON RECEIPT * THANK YOU **
**STATEMENT**

EXHIBIT Plaintiff 13
2-26-08
S Bakshian, M.D.

PAGE: 1

EXH 60



| | IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|---|
| | CHECK CARD USING FOR PAYMENT | | |
| | ☐ AMERICAN EXPRESS  ☐ DISCOVER  ☐ MASTERCARD  ☐ VISA | | |
| CARD NUMBER | | | AMOUNT |
| SIGNATURE | | | EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT | | ACCOUNT NBR |
| 03/24/08 | CONTINUED | | 4709 |
| | | SHOW AMOUNT PAID HERE | $ |

**STATEMENT**

ADDRESSEE:

RALPH MELLUSI, ESQ
29 Broadway
New York, NY 10006

REMIT TO:

Bakshian, Sam
8670 Wilshire Blvd
Suite 202
Beverly Hills, CA 90211

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Default Message  If questions call
(310) 855-0751

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 05/23/07 | PI2 - SPECIAL REPORTS OR FORMS | $75.00 | $75.00 | | |
| | ENCOUNTER TOTAL | $225.00 | $225.00 | $0.00 | $225.00 |
| 06/20/07 | ENCOUNTER 15882 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 06/20/07 | 99215 - OFFICE/OUTPATIENT VISIT, EST | $150.00 | $150.00 | | |
| ~0/07 | PI2 - SPECIAL REPORTS OR FORMS | $75.00 | $75.00 | | |
| | ENCOUNTER TOTAL | $225.00 | $225.00 | $0.00 | $225.00 |
| 07/05/07 | ENCOUNTER 16488 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 07/05/07 | 63040 - LAMINOTOMY HEMILAMINECTOMY REEXPLORATION SNG... | $4,945.00 | | $2,488.58 | |
| 08/17/07 | Insurance Payment | -$2,456.42 | | | |
| 08/17/07 | Insurance Adjustment | -$2,488.58 | | | |
| 03/24/08 | Data Entry Error Patient | $2,488.58 | | | |
| 07/05/07 | 22830 - EXPLORATION OF SPINAL FUSION | $4,945.00 | | $3,796.73 | |
| 08/17/07 | Insurance Payment | -$1,148.27 | | | |
| 08/17/07 | Insurance Adjustment | -$3,796.73 | | | |
| 03/24/08 | Data Entry Error Patient | $3,796.73 | | | |
| 07/05/07 | 22850 - REMOVAL OF POSTERIOR NONSEGMENTAL INSTRUMEN... | $3,450.00 | | $2,519.76 | |
| 08/17/07 | Insurance Payment | -$930.24 | | | |
| 08/17/07 | Insurance Adjustment | -$2,519.75 | | | |
| 03/24/08 | Data Entry Error Patient | $2,519.75 | | | |
| | ENCOUNTER TOTAL | $8,805.07 | $0.00 | $8,805.07 | $8,805.07 |
| 07/13/07 | ENCOUNTER 16833 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 07/13/07 | 99215 - OFFICE/OUTPATIENT VISIT, EST | $150.00 | | $20.59 | |
| 08/17/07 | Insurance Payment | -$129.41 | | | |
| 08/17/07 | Insurance Adjustment | -$20.59 | | | |
| 03/24/08 | Data Entry Error Patient | $20.59 | | | |
| 07/13/07 | PI2 - SPECIAL REPORTS OR FORMS | $75.00 | | $10.42 | |
| 08/17/07 | Insurance Payment | -$64.58 | | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 4709 | $2,018.23 | $0.00 | $120.59 | $0.00 | $9,507.71 | $11,646.53 |

~~SSAGE:

| PLEASE PAY THIS AMOUNT »»»» CONTINUED |
|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **

**STATEMENT**

PAGE: 2



| | IF PAYING BY CREDIT CARD, FILL OUT BELOW | |
|---|---|---|
| | CHECK CARD USING FOR PAYMENT | |
| ☐ AMERICAN EXPRESS  ☐ DISCOVER  ☐ MASTERCARD  ☐ VISA | | |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
| 03/24/08 | CONTINUED | 4709 |
| | SHOW AMOUNT PAID HERE $ | |

STATEMENT

ADDRESSEE:

RALPH MELLUSI, ESQ
29 Broadway
New York, NY 10006

REMIT TO:

Bakshian, Sam
8670 Wilshire Blvd
Suite 202
Beverly Hills, CA 90211

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Default Message  If questions call
(310) 855-0751

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| 08/17/07 | Insurance Adjustment | -$10.42 | | | |
| 03/24/08 | Data Entry Error Patient | $10.42 | | | |
| 07/13/07 | 72040 - X-RAY EXAM OF CERVICAL SPINE 2-3 VIEWS | $92.00 | | $39.75 | |
| 08/17/07 | Insurance Payment | -$52.25 | | | |
| 08/17/07 | Insurance Adjustment | -$39.75 | | | |
| 03/24/08 | Data Entry Error Patient | $39.75 | | | |
| | ENCOUNTER TOTAL | $70.76 | $0.00 | $70.76 | $70.76 |
| 07/23/07 | ENCOUNTER 17203 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 07/23/07 | 99215 - OFFICE/OUTPATIENT VISIT, EST | $150.00 | | $20.59 | |
| 08/17/07 | Insurance Payment | -$129.41 | | | |
| 08/17/07 | Insurance Adjustment | -$20.59 | | | |
| 03/24/08 | Data Entry Error Patient | $20.59 | | | |
| 07/23/07 | PI2 - SPECIAL REPORTS OR FORMS | $75.00 | | $10.42 | |
| 08/17/07 | Insurance Adjustment | -$10.42 | | | |
| 08/17/07 | Insurance Payment | -$64.58 | | | |
| 03/24/08 | Data Entry Error Patient | $10.42 | | | |
| | ENCOUNTER TOTAL | $31.01 | $0.00 | $31.01 | $31.01 |
| 07/24/07 | ENCOUNTER 17336 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 07/24/07 | 10180 - COMPLEX DRAINAGE, WOUND | $862.50 | | $600.87 | |
| 09/28/07 | Insurance Payment | -$261.63 | | | |
| 09/28/07 | Insurance Adjustment | -$600.87 | | | |
| 03/24/08 | Data Entry Error Patient | $600.87 | | | |
| | ENCOUNTER TOTAL | $600.87 | $0.00 | $600.87 | $600.87 |
| 08/08/07 | ENCOUNTER 17941 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 08/08/07 | 99024 - POSTOP FOLLOW-UP VISIT | $0.00 | | | |
| 08/08/07 | WCRP1 - SPECIAL REPORTS OR FORMS | $39.98 | | | |
| 10/11/07 | Insurance Payment | -$39.98 | | | |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 4709 | $2,018.23 | $0.00 | $120.59 | $0.00 | $9,507.71 | $11,646.53 |

MESSAGE:

PLEASE PAY
THIS AMOUNT »»»» CONTINUED

** PAYMENT DUE UPON RECEIPT * THANK YOU **
STATEMENT

PAGE: 3



| | IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|---|
| | CHECK CARD USING FOR PAYMENT | | |
| | ☐ AMERICAN EXPRESS   ☐ DISCOVER   ☐ MASTERCARD   ☐ VISA | | |
| CARD NUMBER | | | AMOUNT |
| SIGNATURE | | | EXP. DATE |
| STATEMENT DATE | PAY THIS AMOUNT | | ACCOUNT NBR |
| 03/24/08 | $9,628.30 | | 4709 |
| | | SHOW AMOUNT PAID HERE | $ |

STATEMENT

ADDRESSEE:

RALPH MELLUSI, ESQ
29 Broadway
New York, NY 10006

REMIT TO:

Bakshian, Sam
8670 Wilshire Blvd
Suite 202
Beverly Hills, CA 90211

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
Default Message  If questions call
(310) 855-0751

| DATE | DESCRIPTION OF SERVICE | AMOUNT | INSUR BALANCE | PATIENT BALANCE | BALANCE |
|---|---|---|---|---|---|
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/17/07 | ENCOUNTER 18454 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 08/17/07 | 99024 - POSTOP FOLLOW-UP VISIT | $0.00 | | | |
| 08/17/07 | WCRP2 - SPECIAL REPORTS OR FORMS | $39.98 | $39.98 | | |
| | ENCOUNTER TOTAL | $39.98 | $39.98 | $0.00 | $39.98 |
| 09/05/07 | ENCOUNTER 19257 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 09/05/07 | 99024 - POSTOP FOLLOW-UP VISIT | $0.00 | | | |
| 09/05/07 | PI2 - SPECIAL REPORTS OR FORMS | $75.00 | $75.00 | | |
| | ENCOUNTER TOTAL | $75.00 | $75.00 | $0.00 | $75.00 |
| 10/17/07 | ENCOUNTER 21533 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 10/17/07 | 99215 - OFFICE/OUTPATIENT VISIT, EST | $250.00 | | $120.59 | |
| 01/08/08 | Insurance Payment | -$129.41 | | | |
| 01/08/08 | Insurance Adjustment | -$120.59 | | | |
| 03/24/08 | Data Entry Error Patient | $120.59 | | | |
| | ENCOUNTER TOTAL | $120.59 | $0.00 | $120.59 | $120.59 |
| 12/12/07 | ENCOUNTER 24492 FOR CARNEY, EDWARD SSN: 110649830 WITH BAKSHIA... | | | | |
| 12/12/07 | PIFU - OFFICE/OUTPATIENT VISIT, EST | $250.00 | $250.00 | | |
| | ENCOUNTER TOTAL | $250.00 | $250.00 | $0.00 | $250.00 |

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 4709 | $2,018.23 | $0.00 | $120.59 | $0.00 | $9,507.71 | $11,646.53 |

MESSAGE:

| PLEASE PAY THIS AMOUNT »»»» | $9,628.30 |
|---|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **
STATEMENT

PAGE: 4