

**MEBA MEDICAL & BENEFITS PLAN**
**MEBA PENSION TRUST**
**MEBA TRAINING PLAN**
**MEBA VACATION PLAN**

**BENEFIT PLANS**   1007 EASTERN AVENUE, BALTIMORE, MARYLAND 21202-4345 • (410) 547-9111

May 19, 2008

Ralph J. Mellusi, Esq.
29 Broadway
New York, NY 10006

RE: Mbr: Carney, Edward
ID#: 110649830
DOA: 05/15/03

Dear Mr. Mellusi:

In response to your request for a statement of all medical bills submitted to MEBA Plans regarding Mr. Carney's injuries, I am attaching the following Claims History Report of items paid and not paid.

Pages one through four list all claims for which payment was denied, starting with claim #J99338 and ending with claim #R19573. All of these claims were denied based on Plan Regulations requiring the Employer to assume responsibility for medical expenses for all injuries and illnesses related to shipboard employment. As stated on page four, $68,192.65 was the total billed amount.

Pages five through eight list all claims paid by MEBA Medical and Benefit Plans pursuant to a subrogation agreement obligating Mr. Carney to reimburse Plans for these payments. These begin with claim #L91835 and end with claim #R19573. The first eight items on page five, which are coded "RX" are medications purchased at the pharmacy with a prescription card. The identity of the medications is attached. As stated on page eight, the total billed amount was $74,293.17, the total allowed amount was $12,570.51, and the total paid by MEBA was $9,780.59. Mr. Carney's co-insurance was 20% or 40%, based on whether or not the claim was from a participating provider.

There is still one claim in an adjustment status. It is the last item on page seven, claim #R41432. Payment will be made as soon as the adjustment is approved through Blue Cross/Blue Shield.

There are also two bills from Landmark Imaging Medical Group for dates of service, 12/01/05 and 03/28/06, totaling $4,902.30. These bills have been sent over to Blue Cross/Blue Shield to be loaded into the system. When they come through, they will be denied as being the responsibility of the employer as part of the shipboard injury. A copy of each bill is attached for your review.

Very truly yours,

Brenda K. Cook
Subrogation and Adjustments Dept.

Enclosure(s)

cc: Mr. Edward Carney

J. PATRICIA KELLY
Notary Public
Anne Arundel Co., MD
My Comm. Exps. August 1, 2009

*Patricia Kelly*

ExH 82



```
10:40:28 May 19 2008                    C L A I M S   H I S T O R Y   R E P O R T                              PAGE - 1
Operator : BCOOK

Dispute :   1     Type : SI      Status : O      Open : 05/15/03      Close :                    Rec Amt :
Comment : HAND/FINGER/NECK INJ-FELL INTO ROTATING MACHINERY-COMPANY NOT DISPUTNG

*MemSSN** ***Name************************* Dep ***Name*** Relation
*Ref#* *ProvId** *BillNPI** ***Name******************** PayTo *CheckNo* **Check Amt** Stat Act.Date Iss.Date
 FromDate ThruDate *Proc*** *Diag* PS TS BCODE Qty *BilledAmt PfY AllowedAmt *DeductAmt CIR CoveredAmt **COBAdj** **NetCov**
---------------------------------------------------------------------------------------------------------------------------

110649830 EDWARD A CARNEY              )      0 EDWARD A C MEMBER
J99338 951644600           CSMC EMERGENCY DEPT PHYSICIANS        P                    NC                0.00 P    11/24/03 11/24/03
 05/24/03 05/24/03  99281   883.0  23 1 OMV    1      105.00
                                                     -------                        -------           -------
                                                      105.00           0.00            0.00             0.00    0.00

J99335 951644600           CSMC EMERGENCY DEPT PHYSICIANS        P                    NC                0.00 P    11/24/03 11/24/03
 05/21/03 05/21/03  99283   886.0  23 1 OMV    1      284.00
                                                     -------                        -------           -------
                                                      284.00           0.00            0.00             0.00    0.00

J99327 951644600           CEDARS-SINAI MEDICAL CENTER           P                    NC                0.00 P    11/21/03 11/21/03
 05/21/03 05/21/03  HOSP    NODX   23 1 OH     1      637.41                           0.00
 05/24/03 05/24/03  HOSP    NODX   22 1 OH     1      147.24                           0.00
                                                     -------                        -------           -------
                                                      784.65           0.00            0.00             0.00    0.00

J99325 954352141           CEDARS-SINAI IMAGING MEDICAL GRP      P                    NC                0.00 P    11/21/03 11/21/03
 05/21/03 05/21/03  73140-26 NODX  22 4 OLX    1       41.00
                                                     -------                        -------           -------
                                                       41.00           0.00            0.00             0.00    0.00

K26214 547635370           STEVEN E KAMARA MD                    P                    NC                0.00 P    01/23/04 01/23/04
 12/12/03 12/12/03  99205   V72.84 11 1 OV     1      250.00                           0.00
 12/12/03 12/12/03  93000-YB V72.84 11 4 LX    1       80.00                           0.00
 12/12/03 12/12/03  71020-YB V72.84 11 4 LX    1       90.00                           0.00
 12/12/03 12/12/03  85025   V72.84 11 5 LX     1       25.00                           0.00
 12/12/03 12/12/03  81000   V72.84 11 5 LX     1       20.00                           0.00
 12/12/03 12/12/03  99000   V72.84 11 5 LX     1       15.00                           0.00
                                                     -------                        -------           -------
                                                      480.00           0.00            0.00             0.00    0.00

K26213 954349962           TOWER ORTHOPAEDICS/SPORTS MED         P                    NC                0.00 P    01/23/04 01/23/04
 11/21/03 11/21/03  99215   722.0  11 1 OV     1      125.00                           0.00
 11/21/03 11/21/03  99080   722.0  11 9 MNCK   1       75.00                           0.00
                                                     -------                        -------           -------
                                                      200.00           0.00            0.00             0.00    0.00

K26210 200140317           SPECIALITY SURGI CTR WILSHIRE         P                    NC                0.00 P    01/23/04 01/23/04
 12/16/03 12/16/03  HOSP    840.7  24 F AMBC   1    35549.00                           0.00
                                                    --------                        -------           -------
                                                    35549.00           0.00            0.00             0.00    0.00

K26206 542075700           MINK RADIOLOGIC IMAGING MEDICAL ASS   P                    NC                0.00 P    01/23/04 01/23/04
 11/18/03 11/18/03  72141-YB 722.0 11 4 LX     1     1717.00                           0.00
 11/18/03 11/18/03  73222-YB 722.0 11 4 LX     1     1986.00                           0.00
 11/18/03 11/18/03  23350    722.0 11 2 OS     1      978.00                           0.00
 11/18/03 11/18/03  76003-YB 722.0 11 4 LX     1      243.00                           0.00
```

```
Dispute :    1    Type : SI      Status : O     Open : 05/15/03    Close :              Rec Amt :
Comment : HAND/FINGER/NECK INJ-FELL INTO ROTATING MACHINERY-COMPANY NOT DISPUTNG

*MemSSN** ***Name******************************* Dep ***Name**** Relation
*Ref# *ProvId** *BillNPI** ***Name***************************** PayTo *CheckNo* **Check Amt** Stat Act.Date Iss.Date
 FromDate ThruDate *Proc**** *Diag* PS TS BCODE Qty *BilledAmt PTy AllowedAmt *DeductAmt CIR CoveredAmt **COBAdj** **NetCov**
```

| Ref# | Prov | Dates | Proc | Provider / Diag | PS TS BCODE | Qty | BilledAmt | PTy | AllowedAmt | Stat | DeductAmt | CIR CoveredAmt | CheckAmt | Act.Date Iss.Date | COBAdj NetCov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K76011 010728713 | | | | MEHRDAD GANJIANPOUR MD | | | | | | | | | | | |
| | | 02/25/04 02/25/04 | 99215 | 840.7 | 11 1 OV | 1 | 125.00 | P | | NC | 0.00 | 0.00 | 0.00 P | 04/30/04 04/30/04 | 0.00 |
| | | 02/25/04 02/25/04 | 99080 | 840.7 | 11 9 MNCX | 1 | 75.00 | | | | 0.00 | 0.00 | | | |
| | | | | | | | 200.00 | | 0.00 | | | 0.00 | | | 0.00 |
| K85713 954778539 | | | | SAM BAKSHIAN MD | | | | | | | | | | | |
| | | 03/02/04 03/02/04 | 99215 | 847.0 | 11 1 OV | 1 | 125.00 | P | | NC | 0.00 | 0.00 | 0.00 P | 05/07/04 05/07/04 | 0.00 |
| | | 03/02/04 03/02/04 | 99080 | 847.0 | 11 1 MNCX | 1 | 75.00 | | | | 0.00 | 0.00 | | | |
| | | | | | | | 200.00 | | 0.00 | | | 0.00 | | | 0.00 |
| L17146 954778539 | | | | SAM BAKSHIAN MD | | | | | | | | | | | |
| | | 04/27/04 04/27/04 | 99215 | 722.0 | 11 1 OV | 1 | 125.00 | P | | NC | 0.00 | 0.00 | 0.00 P | 07/07/04 07/07/04 | 0.00 |
| | | 04/27/04 04/27/04 | 99080 | 722.0 | 11 1 MNCX | 1 | 75.00 | | | | 0.00 | 0.00 | | | |
| | | 04/27/04 04/27/04 | 95831 | 722.0 | 11 4 LX | 1 | 100.00 | | | | 0.00 | 0.00 | | | |
| | | | | | | | 300.00 | | 0.00 | | | 0.00 | | | 0.00 |
| L19211 954778539 | | | | SAM BAKSHIAN MD | | | | | | | | | | | |
| | | 06/01/04 06/01/04 | 99215 | 722.0 | 11 1 OV | 1 | 125.00 | P | | NC | 0.00 | 0.00 | 0.00 P | 07/14/04 07/14/04 | 0.00 |
| | | 06/01/04 06/01/04 | 99080 | 722.0 | 11 9 MNCX | 1 | 75.00 | | | | 0.00 | 0.00 | | | |
| | | | | | | | 200.00 | | 0.00 | | | 0.00 | | | 0.00 |
| L36355 010728713 | | | | MEHRDAD GANJIANPOUR MD | | | | | | | | | | | |
| | | 01/05/04 01/05/04 | 99215 | 840.7 | 11 1 OV | 1 | 125.00 | P | | NC | 0.00 | 0.00 | 0.00 P | 11/22/06 11/22/06 | 0.00 |
| | | 01/05/04 01/05/04 | 99080 | 840.7 | 11 1 MNCX | 1 | 75.00 | | | | 0.00 | 0.00 | | | |
| | | | | | | | 200.00 | | 0.00 | | | 0.00 | | | 0.00 |
| L81188 954651287 | | | | BEVERLY RADIOLOGY MED GRP | | | | | | | | | | | |
| | | 07/08/04 07/08/04 | 73130-RT | 719.44 | 11 4 LX | 1 | 90.00 | P | | NC | 0.00 | 0.00 | 0.00 P | 11/15/04 11/15/04 | 0.00 |
| | | 07/08/04 07/08/04 | 73130-LT | 959.4 | 11 4 LX | 1 | 90.00 | | | | 0.00 | 0.00 | | | |
| | | | | | | | 180.00 | | 0.00 | | | 0.00 | | | 0.00 |
| M03067 954651287 | | | | BEVERLY RADIOLOGY MED GRP | | | | | | | | | | | |
| | | 07/08/04 07/08/04 | 73130-RT | 719.44 | 11 4 LX | 1 | 90.00 | P | | NC | 0.00 | 0.00 | 0.00 P | 12/29/04 12/29/04 | 0.00 |
| | | | | | | | 90.00 | | 0.00 | | | 0.00 | | | 0.00 |
| M48450 201355368 | | | | TOTAL WELLNESS & REHAB | | | | | | | | | | | |
| | | 02/10/05 02/10/05 | 97241 | 847.0 | 11 W PT | 2 | 110.00 | P | | NC | 0.00 | 0.00 | 0.00 P | 03/21/05 03/21/05 | 0.00 |
| | | 02/10/05 02/10/05 | 97240 | 847.0 | 11 W PT | 1 | 55.00 | | | | 0.00 | 0.00 | | | |
| | | 02/16/05 02/16/05 | 97241 | 847.0 | 11 W PT | 2 | 110.00 | | | | 0.00 | 0.00 | | | |
| | | 02/16/05 02/16/05 | 97240 | 847.0 | 11 W PT | 1 | 55.00 | | | | 0.00 | 0.00 | | | |
| | | | | | | | 330.00 | | 0.00 | | | 0.00 | | | 0.00 |

Case 1:03-cv-03493-CCB   Document 115-5   Filed 02/11/09   Page 3 of 18

```
10:40:28 May 19 2008                    C L A I M S   H I S T O R Y   R E P O R T                         PAGE - 4
Operator : BCOOK

Dispute :    1      Type : SI     Status : O    Open : 05/15/03      Close :                  Rec Amt :
Comment : HAND/FINGER/NECK INJ-FELL INTO ROTATING MACHINERY-COMPANY NOT DISPUTNG

*MemSSN** ***Name***************************** Dep ***Name*** Relation
*Ref#* *ProvId** *BillNPI** ***Name******************************* PayTo *CheckNo* ***Check Amt** Stat Act.Date Iss.Date
 FromDate ThruDate *Proc*** *Diag* PS TS BCODE Qty *BilledAmt PTy AllowedAmt *DeductAmt CIR CoveredAmt **COBAdj** **NetCov**
```

| Ref# | Provider / Codes | Billed | PTy | Allowed | | Deduct | Covered | Stat | COBAdj | NetCov |
|---|---|---|---|---|---|---|---|---|---|---|
| M49676 201355368 | TOTAL WELLNESS & REHAB | | P | | NC | | 0.00 P | | 03/21/05 | 03/21/05 |
| 02/24/05 02/24/05 97241 | 847.0  11 W  PT  2 | 110.00 | | | | 0.00 | | | | |
| 02/24/05 02/24/05 97240 | 847.0  11 W  PT  1 | 55.00 | | | | 0.00 | | | | |
| | | 165.00 | | 0.00 | | 0.00 | | | 0.00 | 0.00 |
| M53554 201355368 | TOTAL WELLNESS & REHAB | | P | | NC | | 0.00 P | | 03/30/05 | 03/30/05 |
| 03/07/05 03/07/05 97110 | 847.0  11 W  PT  2 | 110.00 | | | | 0.00 | | | | |
| 03/07/05 03/07/05 97250 | 847.0  11 W  PT  2 | 130.00 | | | | 0.00 | | | | |
| 03/07/05 03/07/05 97124 | 847.0  11 W  PT  1 | 50.00 | | | | 0.00 | | | | |
| 03/07/05 03/07/05 97014 | 847.0  11 W  PT  1 | 40.00 | | | | 0.00 | | | | |
| | | 330.00 | | 0.00 | | 0.00 | | | 0.00 | 0.00 |
| N92150 954712812 | SYNERGY HEMATOLOGY/ONCOLOGY | | P | | NC | | 0.00 P | | 12/21/05 | 12/21/05 |
| 09/28/05 09/28/05 99255 | 682.1  21  IMV  1 | 450.00 | | | | 0.00 | | | | |
| 10/08/05 10/08/05 99233 | 682.1  21  IMV  1 | 175.00 | | | | 0.00 | | | | |
| | | 625.00 | | 0.00 | | 0.00 | | | 0.00 | 0.00 |
| N95061 954712812 | SYNERGY HEMATOLOGY/ONCOLOGY | | P | | NC | | 0.00 P | | 01/11/06 | 01/11/06 |
| 10/13/05 10/13/05 99233 | 682.1  21  IMV  1 | 175.00 | | | | 0.00 | | | | |
| | | 175.00 | | 0.00 | | 0.00 | | | 0.00 | 0.00 |
| R18636 954829203 | LANDMARK IMAGING MEDICAL GROUP INC | | P | | NC | | 0.00 P | | 11/22/06 | 11/22/06 |
| 07/01/05 07/01/05 72125 | 723.1  11  LX  1 | 1200.00 | | | | 0.00 | | | | |
| 07/01/05 07/01/05 72156 | 723.1  11  LX  1 | 2150.00 | | | | 0.00 | | | | |
| 07/01/05 07/01/05 76375 | 723.1  11  LX  1 | 775.00 | | | | 0.00 | | | | |
| 07/01/05 07/01/05 A4647 | 723.1  11  LX  1 | 245.00 | | | | 0.00 | | | | |
| | | 4370.00 | | 0.00 | | 0.00 | | | 0.00 | 0.00 |
| R18638 954829203 | LANDMARK IMAGING MEDICAL GROUP INC | | P | | NC | | 0.00 P | | 11/22/06 | 11/22/06 |
| 09/07/05 09/07/05 72146 | 724.1  11  LX  1 | 1925.00 | | | | 0.00 | | | | |
| | | 1925.00 | | 0.00 | | 0.00 | | | 0.00 | 0.00 |
| R19573 954888457 | SOUTHERN CALIFORNIA ANES | | M | | NC | | 0.00 P | | 05/16/07 | 05/16/07 |
| 09/06/05 09/06/05 00630 | 723.4  24 7 OAN  70 | 900.00 | | | | 0.00 | | | | |
| | | 900.00 | | 0.00 | | 0.00 | | | 0.00 | 0.00 |
| | GRAND TOTALS | 68192.65 | | 0.00 | | 0.00 | | | 0.00 | 0.00 |

```
11:04:45 May 19 2008                 C L A I M S   H I S T O R Y   R E P O R T                              PAGE - 5
Operator : BCOOK

Dispute :    2   Type : SI        Status : O      Open : 05/15/03    Close :                Rec Amt :
Comment : SHOULDER INJURY-FELL INTO ROTATING MACHINERY-COMPANY DISPUTING

*MemSSN** ***Name****************************  Dep ***Name*** Relation
*Ref#* *ProvId** *BillNPI** ***Name******************** PayTo *CheckNo* **Check Amt** Stat Act.Date Iss.Date
 FromDate ThruDate *Proc*** *Diag* PS TS BCODE Qty *BilledAmt PTy AllowedAmt *DeductAmt CTR CoveredAmt **COBAdj** **NetCov**
------------------------------------------------------------------------------------------------------------------------

110649830 EDWARD A CARNEY                              O EDWARD A C MEMBER
L91835 222230703                                                        M
11/04/04 11/04/04 NPA                     RX           60    10.83 M          10.83        0.00    8.66 HI  11/30/04 11/30/04
                                                              ----------     -------      -----    8.66     8.66             8.66
                                                              10.83                        0.00                               8.66
                                                                                                  10.43 HI  11/30/04 11/30/04
L91834 222230703                                                        M                         10.43    10.43            10.43
11/04/04 11/04/04 NPA                     RX           60    13.04 M          13.04        0.00      80
                                                              ----------     -------      -----
                                                              13.04                        0.00                              10.43

L91833 222230703                                                        M                        166.89 HI  11/30/04 11/30/04
11/04/04 11/04/04 NPA                     RX           90   208.61 M         208.61        0.00  166.89    166.89           166.89
                                                              ----------     -------      -----      80
                                                             208.61                        0.00                             166.89

M24941 222230703                                                        M                         10.43 HI  01/31/05 01/31/05
01/04/05 01/04/05 NPA                     RX           60    13.04 M          13.04        0.00   10.43     10.43            10.43
                                                              ----------     -------      -----      80
                                                              13.04                        0.00                              10.43

M24939 222230703                                                        M                        166.89 HI  01/31/05 01/31/05
01/04/05 01/04/05 NPA                     RX           90   208.61 M         208.61        0.00  166.89    166.89           166.89
                                                              ----------     -------      -----      80
                                                             208.61                        0.00                             166.89

M42808 222230703                                                        M                        111.85 HI  02/28/05 02/28/05
02/18/05 02/18/05 NPA                     RX           60   139.81 M         139.81        0.00  111.85    111.85           111.85
                                                              ----------     -------      -----      80
                                                             139.81                        0.00                             111.85

M42807 222230703                                                        M                         10.43 HI  02/28/05 02/28/05
02/18/05 02/18/05 NPA                     RX           60    13.04 M          13.04        0.00   10.43     10.43            10.43
                                                              ----------     -------      -----      80
                                                              13.04                        0.00                              10.43

Q25852 223461740          MEDCO                                         P                          9.25 HI  06/15/06 06/15/06
05/23/06 05/23/06 MEDCO                   RX           60    11.56 M          11.56        0.00    9.25     9.25             9.25
                                                              ----------     -------      -----      80
                                                              11.56                        0.00                               9.25

Q39513 421643090          OLYMPIA MEDICAL CENTER                        P        46635         1560.00 P    07/05/06 07/05/06
06/16/06 06/16/06 29826   726.2    13   OH      5   17628.45                             0.00
06/16/06 06/16/06 0270    726.2    13   OH     56   11129.73                             0.00
06/16/06 06/16/06 0370    726.2    13   OH      6    5462.75                             0.00
06/16/06 06/16/06 0250    726.2    13   OH     19    3384.50 M     1950.00               0.00    80    1560.00             1560.00
06/16/06 06/16/06 0272    726.2    13   OH      7    2875.32                             0.00
06/16/06 06/16/06 0270    726.2    13   OH      2    1222.70                             0.00
```

```
Dispute  : 2    Type : GI    Status : O    Open : 05/15/03    Close :                    Rec Amt :
Comment  : SHOULDER INJURY-FELL INTO ROTATING MACHINERY-COMPANY DISPUTING

*MemSSN** ***Name********************************** Dep ***Name*** Relation
*Ref#* *ProvId** *BillNPI** ***Name************************ PayTo *CheckNo* **Check Amt** Stat Act.Date Iss.Date
FromDate ThruDate *Proc*** *Diag* PS TS BCODE Qty *BilledAmt PTy AllowedAmt *DeductAmt CTR CoveredAmt **COBAdj*** **NetCov**
-----------------------------------------------------------------------------------------------------------------------
06/16/06 06/16/06 0270      726.2  13      OH   5    1019.25       0.00
06/16/06 06/16/06 0258      726.2  13      OH   4     874.15       0.00
06/16/06 06/16/06 J0690     726.2  13      OH   1     741.00       0.00
06/16/06 06/16/06 J2270     726.2  13      OH   2     433.10       0.00
06/16/06 06/16/06 0270      726.2  13      OH   4     331.40       0.00
06/16/06 06/16/06 J2405     726.2  13      OH   8     267.12       0.00
06/16/06 06/16/06 0270      726.2  13      OH   2     254.80       0.00
06/16/06 06/16/06 0270      726.2  13      OH  14     207.20       0.00
06/16/06 06/16/06 J1885     726.2  13      OH   1     197.75       0.00
06/16/06 06/16/06 J2912     726.2  13      OH   6     173.40       0.00
06/16/06 06/16/06 0270      726.2  13      OH   1     147.85       0.00
06/16/06 06/16/06 0270      726.2  13      OH   1     144.50       0.00
06/16/06 06/16/06 0270      726.2  13      OH   1     133.05       0.00
06/16/06 06/16/06 0270      726.2  13      OH   3     115.20       0.00
06/16/06 06/16/06 0270      726.2  13      OH   1      29.65       0.00
                                                   ----------   ---------
                                                    46948.42        0.00

Q45079 421643090           OLYMPIA MEDICAL CENTER                                      P        1950.00     47767      0.00 P     1560.00    0.00  1560.00
06/16/06 06/16/06 0710      726.2  13       OH   2    1916.70                  0.00
                                                     --------                 -----
                                                      1916.70                  0.00

Q46933 200140317           SPECIALITY SURGI CTR WILSHIRE                               P        4800.00    504513   3840.00 P     3840.00 07/19/06 07/19/06
09/06/05 09/06/05 HOSP      723.4  24 F     AMBC 1    4800.00 M                0.00  80                                       3840.00       0.00  3840.00
                                                     --------                 -----
                                                      4800.00                  0.00

Q53991 330815761           TEAM POST O                                                 P        4800.00     51912    876.47 P      876.47 07/27/06 07/27/06
06/16/06 06/16/06 S9999     726.19 12       MCX  1      57.67 M                0.00
06/16/06 06/16/06 S9999     726.19 12       MCX  1      40.84 M                0.00
06/16/06 06/16/06 E0217-NU  726.19 12       DMEP 1     594.00 M              397.18  80                        317.74              317.74
06/16/06 06/16/06 E0783-NU  726.19 12       DMEP 1     495.00 M              495.00  80                        396.00              396.00
06/16/06 06/16/06 L3970     726.19 12       ORDEV 1     23.79 M               23.79  80                         19.03               19.03
06/16/06 06/16/06 L3670     726.19 12       ORDEV 1     99.95 M              125.00 M     99.95  80             79.96               79.96
06/16/06 06/16/06 E0249-NU  726.19 12       DMEP 1     105.00 M               79.68  80                         63.74               63.74
                                                     --------               ------                            -------            -------
                                                      1681.51               1095.60                            876.47             876.47

Q57105 954464995           UCLA PATHOLOGY & LABORATORY MED                             P         110.00     54742     70.18 P       56.14 08/08/06 08/08/06
06/16/06 06/16/06 88305-26  726.10 22       OLX  1     110.00 M               70.18   0.00  80                  56.14     0.00     56.14
                                                      ------                  -----                            ------             ------
                                                       110.00                  70.18                            56.14              56.14

Q84154 954235735           SHAHRAM F RAYAN MD INC                                      P         500.40    505887    500.40 P      500.40 09/27/06 09/27/06
06/12/06 06/12/06 36415     840.4  11       OS   1      30.00 M                30.00  0.00  60                  18.00     0.00     18.00
05/12/06 05/22/06 93000-59  840.4  11       LX   1      90.00 M                90.00  0.00  60                  54.00     0.00     54.00
06/12/06 06/12/06 99245-25  840.4  11       OV   1     550.00 M               514.00  0.00  60                 308.40              308.40
```

```
Dispute :   2    Type : SI    Status : O    Open : 05/15/03    Close :                        Rec Amt :
Comment : SHOULDER INJURY-FELL INTO ROTATING MACHINERY-COMPANY DISPUTING

*MemSSN** ***Name********************* Dep ***Name*** Relation
*Ref#* *Provid** *BillNPI** ***Name******************* PayTo *CheckNo* **Check Amt** Stat Act.Date Iss.Date
 FromDate ThruDate *Proc*** *Diag* PS TS BCODE QTY *BilledAmt PTY AllowedAmt *DeductAmt CIR CoveredAmt ***COBAdj** **NetCov**
-----------------------------------------------------------------------------------------------------------------------------
06/12/06 06/12/06 71020    840.4  11   LX   1   120.00 M    120.00    0.00   60    72.00              72.00
06/12/06 06/12/06 80048    840.4  11   LX   1    40.00 M     40.00    0.00   60    24.00              24.00
06/12/06 06/12/06 85025    840.4  11   LX   1    40.00 M     40.00    0.00   60    24.00              24.00
                                                 -------   --------                -------   -------  -------
                                                 870.00      834.00    0.00         500.40    0.00    500.40

Q84850 954235735  SHAHRAM F RAVAN MD INC|                                   P           54.00 P  09/27/06 09/27/06
06/12/06 06/12/06 81000         840.4  11   LX   1    20.00 M     20.00    0.00   60    12.00              12.00
06/12/06 06/12/06 85610-QW V58.61 11 LX     1    35.00 M     35.00    0.00   60    21.00              21.00
06/12/06 06/12/06 85730-26 V58.61 11 LX     1    35.00 M     35.00    0.00   60    21.00              21.00
                                                 -------   --------                -------   -------  -------
                                                  90.00       90.00    0.00          54.00    0.00     54.00

R24170 010728713  TOWER ORTHOPEDICS AND SPORTS ME                          P          23.53 P  11/28/06 11/28/06
07/05/06 07/05/06 73020    840.8  11   LX   1    95.00 M     29.41    0.00   80    23.53              23.53
                                                 -------   --------                -------   -------  -------
                                                  95.00       29.41    0.00          23.53    0.00     23.53

R24175 010728713  TOWER ORTHOPEDICS AND SPORTS ME                          P           0.00 P  11/28/06 11/28/06
07/05/06 07/05/06 99080    840.8  11   MNCX 1    75.00          79150       0.00        0.00              0.00
07/05/06 07/05/06 99024    840.8  11   OV   1     0.00                      0.00        0.00              0.00
                                                 -------   --------                -------   -------  -------
                                                  75.00        0.00    0.00           0.00    0.00      0.00

R24180 010728713  TOWER ORTHOPEDICS AND SPORTS ME                          P          65.59 P  11/28/06 11/28/06
06/15/06 06/15/06 99215    840.8  11   OV   1   125.00 M     79151        101.99   20.00   80    65.59              65.59
06/15/06 06/15/06 99080    840.8  11   MNCX 1    75.00                    0.00        0.00              0.00
                                                 -------   --------                -------   -------  -------
                                                 200.00      101.99   20.00          65.59    0.00     65.59

R26790 203282051  OLYMPIC ANESTHESIA PARTNERSHIP                           P         475.33 P  12/07/06 12/07/06
06/16/06 06/16/06 01630-AA 718.91 22 OAN 147 1500.00 M  81526  594.16    0.00   80   475.33             475.33
                                                 -------   --------                -------   -------  -------
                                                1500.00      594.16    0.00         475.33    0.00    475.33

R27034 010728713  TOWER ORTHOPEDICS AND SPORTS ME                          P        1609.30 P  12/13/06 12/13/06
06/16/06 06/16/06 29826    840.8  21   OS   1  3623.00 M  82775 1024.30    0.00   80   819.44             819.44
06/16/06 06/16/06 29999    840.8  21   OS   1  3265.00 M                   0.00        0.00
06/16/06 06/16/06 29823    840.8  21   OS   1  3211.00 M          486.73    0.00   80   389.38             389.38
06/16/06 06/16/06 29819    840.8  21   OS   1  2500.00 M          211.02    0.00   80   168.82             168.82
06/16/06 06/16/06 29824    840.8  21   OS   1  2059.00 M          183.30    0.00   80   146.64             146.64
06/16/06 06/16/06 37202    840.8  21   OS   1   250.00 M          106.28    0.00   80    85.02              85.02
                                                 -------   --------                -------   -------  -------
                                               14908.00     2011.63    0.00        1609.30    0.00   1609.30

R41432 010728713  TOWER ORTHOPEDICS AND SPORTS ME                          P           0.00 P  12/29/06 12/29/06
12/18/06 12/18/06 99214    726.10 11   OV   1   105.00 M  86252    0.00    0.00         0.00              0.00
                                                 -------   --------                -------   -------  -------
                                                 105.00        0.00    0.00           0.00    0.00      0.00
```

```
11:04:45 May 19 2008                    C L A I M S   H I S T O R Y   R E P O R T                    PAGE - 8
Operator : BCOOK

Dispute :   2    Type : SI    Status : O    Open : 05/15/03    Close :                  Rec Amt :
Comment : SHOULDER INJURY-FELL INTO ROTATING MACHINERY-COMPANY DISPUTING

*MemSSN** ***Name******************************* Dep ***Name*** Relation
*Ref#* *ProvId** *BillNPI** ***Name******************************* PayTo *CheckNo* ***Check Amt** Stat Act.Date Iss.Date
FromDate ThruDate *Proc*** *Diag* PS TS BCODE Qty *BilledAmt PTy AllowedAmt *DeductAmt CIR CoveredAmt **COBAdj** **NetCov**
--------------------------------------------------------------------------------
V31831 954235735         SHAHRAM F RAVAN MD                    P         515836 .  225.00 P  05/14/08 05/14/08
06/16/05 06/16/06 99223  840.4 / 22   OMV    1    375.00 M           375.00    0.00 60   225.00           225.00
                                            -------           -------          -------                   -------
                                             375.00            375.00    0.00          225.00    0.00    225.00

                                           ==========        ==========  ==========   ==========  ==========  ==========
                      GRAND TOTALS          74293.17          12570.51    20.00       9780.59      0.00    9780.59
```

```
** CLAIM DISPLAY **         - 09:31:59 May 12 2008 -     pts8   S.DIS.CLM.ENTR
   110649830 - EDWARD A CARNEY       Received: 11/30/04   Ref : L91835
   0         - EDWARD A CARNEY       ---- Prepaid ------- Sts : HI
   222230703 - NATIONAL PRESCRIPT    Member :             Opr : TAPE
   Account#-                         Medicare:            Ent : 11/30/04
   0         - Pay to Member         Oth.Ins :            Rel :
                                                       ** PAGE 1 OF 1 **
# From     Thru     Proc    Diag L Ps Ts Bcode Qty Billed   In-elig Prepaid
********  ********  ******* ***** * ** ** ***** *** ******* ******* *******

1 11/04/04 11/04/04 NPA                    RX    60   10.83


Sq Pr LI Comment
** ** ** ****************************************************************

1     1 NPA CLAIM
2     1 HYDROCODONE/APAP 7.5/750


---------------+------------------+----------------+----------
Paid Amount   :                   |       8.66     |
Draft         :                   |  W             |
Checkno       :                   |                |
Issued Date   :                   |  11/30/04      |
Action Date   :                   |  11/30/04      |
Check Status  :                   |                |
Check Amount  :                   |                |
Cleared Date  :                   |                |
Stop Payment  :                   |                |
Sub Draft     :                   |                |
Prior Paid Adj:                   |                |

Select: [    ]  <CA>Check Addresses <O#>Options(1-1) <X>eXit
```

2 of 24 - Clipboard
Item collected.

```
** CLAIM DISPLAY **        - 09:32:33 May 12 2008 -      pts8    S.DIS.CLM.ENTR
   110649830 - EDWARD A CARNEY       Received: 11/30/04   Ref : L91834
   0         - EDWARD A CARNEY       ---- Prepaid ------- Sts : HI
   222230703 - NATIONAL PRESCRIPT    Member  :            Opr : TAPE
   Account#-                         Medicare:            Ent : 11/30/04
   0         - Pay to Member         Oth.Ins :            Rel :
                                                          ** PAGE 1 OF 1 **
  From    Thru    Proc    Diag  L Ps Ts Bcode Qty  Billed  In-elig Prepaid
  ******  ******  ******  **** * ** ** ***** ***  ******* ******* *******

1 11/04/04 11/04/04 NPA                    RX    60   13.04



Sq Pr LI Comment
** ** ** *********************************************************************

1      1 NPA CLAIM
2      1 PROPOXY-N/APAP 100-650 TA




-----------------+-----------------------+-----------------+
   Paid Amount   :                10.43
   Draft         :        W
   Checkno       :
   Issued Date   :        11/30/04
   Action Date   :        11/30/04
   Check Status  :
   Check Amount  :
   Cleared Date  :
   Stop Payment  :
   Sub Draft     :
   Prior Paid Adj:

Select: ▓▓▓▓   <CA>Check Addresses <O#>Options(1-1) <X>eXit
```

```
** CLAIM DISPLAY **        - 09:34:13 May 12 2008 -      pts8   S.DIS.CLM.ENTR
    110649830 - EDWARD A CARNEY        Received: 11/30/04    Ref : L91833
    0         - EDWARD A CARNEY        ---- Prepaid --------  Sts : HI
    222230703 - NATIONAL PRESCRIPT     Member  :              Opr : TAPE
    Account#-                          Medicare:              Ent : 11/30/04
    0         - Pay to Member          Oth.Ins :              Rel :
                                                              ** PAGE 1 OF 1 **
 #  From      Thru      Proc     Diag  L Ps Ts Bcode Qty  Billed   In-elig  Prepaid
 ** ********  ********  ******** ***** * ** ** ***** ***  ******** ******** ********

 1  11/04/04  11/04/04  NPA                      RX    90   208.61



Sq Pr LI Comment
** ** ** ******************************************************************

1     1  NPA CLAIM
2     1  SKELAXIN 800 MG TABLET


    ----------------+----------------+----------------+----------------
    Paid Amount    :                      166.89
    Draft          :                   W
    Checkno        :
    Issued Date    :                   11/30/04
    Action Date    :                   11/30/04
    Check Status   :
    Check Amount   :
    Cleared Date   :
    Stop Payment   :
    Sub Draft      :
    Prior Paid Adj :

Select: [     ]  <CA>Check Addresses <O#>Options(1-1) <X>eXit
```

```
** CLAIM DISPLAY **            - 09:34:44 May 12 2008 -      pts8    S.DIS.CLM.ENTR
    110649830 - EDWARD A CARNEY       Received: 01/31/05    Ref  : M24941
    0         - EDWARD A CARNEY       ---- Prepaid -------- Sts  : HI
    222230703 - NATIONAL PRESCRIPT    Member  :             Opr  : TAPE
    Account#-                         Medicare:             Ent  : 01/31/05
    0         - Pay to Member         Oth.Ins :             Rel  :
                                                            ** PAGE 1 OF 1 **

#  From     Thru     Proc    Diag   L Ps Ts Bcode Qty   Billed   In-elig  Prepaid
** ******** ******** ******* ****** * ** ** ***** ***   *******  *******  *******

1  01/04/05 01/04/05 NPA                     RX    60    13.04


Sq Pr LI Comment
** ** ** ************************************************************************
1     1  NPA CLAIM
2     1  PROPOXY-N/APAP 100-650 TA


    -----------------+-----------------+-----------------+-----------------
    Paid Amount    :                   |     10.43       |
    Draft          :                   | W               |
    Checkno        :                   |                 |
    Issued Date    :                   | 01/31/05        |
    Action Date    :                   | 01/31/05        |
    Check Status   :                   |                 |
    Check Amount   :                   |                 |
    Cleared Date   :                   |                 |
    Stop Payment   :                   |                 |
    Sub Draft      :                   |                 |
    Prior Paid Adj:                    |                 |

Select: [    ]  <CA>Check Addresses  <0#>Options(1-1)  <X>eXit
```

```
** CLAIM DISPLAY **        - 09:35:17 May 12 2008 -       pts8    S.DIS.CLM.ENTR
   110649830 - EDWARD A CARNEY      Received: 01/31/05     Ref  : M24939
   0         - EDWARD A CARNEY      ---- Prepaid --------  Sts  : HI
   222230703 - NATIONAL PRESCRIPT   Member  :              Opr  : TAPE
   Account#-                        Medicare:              Ent  : 01/31/05
   0         - Pay to Member        Oth.Ins :              Rel  :
                                                         ** PAGE 1 OF 1 **

  From    Thru    Proc    Diag  L Ps Ts Bcode Qty  Billed  In-elig Prepaid
  ******* ******* ******  ***** * ** ** ***** ***  ******* ******* *******
1 01/04/05 01/04/05 NPA                     RX  90  208.61


Sq Pr LI Comment
** ** ** ****************************************************************
1     1  NPA CLAIM
2     1  SKELAXIN 800 MG TABLET


-------------------+---------------------+---------------------+---------
Paid Amount    :                166.89
Draft          :            W
Checkno        :
Issued Date    :            01/31/05
Action Date    :            01/31/05
Check Status   :
Check Amount   :
Cleared Date   :
Stop Payment   :
Sub Draft      :
Prior Paid Adj :

Select: ▮     <CA>Check Addresses  <O#>Options(1-1) <X>eXit
```

```
** CLAIM DISPLAY **          - 09:35:57 May 12 2008 -        pts8    S.DIS.CLM.ENTR
   110649830 - EDWARD A CARNEY        Received: 02/28/05      Ref : M42807
   0         - EDWARD A CARNEY        ---- Prepaid --------   Sts : HI
   222230703 - NATIONAL PRESCRIPT     Member  :               Opr : TAPE
   Account#-                          Medicare:               Ent : 02/28/05
   0         - Pay to Member          Oth.Ins :               Rel :
                                                              ** PAGE 1 OF 1 **

   From     Thru     Proc     Diag  L Ps Ts Bcode Qty  Billed   In-elig Prepaid
 ******** ******** ******** ****** * ** ** ***** *** ******** ******** *******
 1 02/18/05 02/18/05 NPA                          RX   60      13.04


Sq Pr LI Comment
** ** ** ****************************************************************
1       1 NPA CLAIM
2       1 PROPOXY-N/APAP 100-650 TA


   ----------------+------------------+-------------------+-----------------
   Paid Amount   :                    10.43
   Draft         :            W
   Checkno       :
   Issued Date   :            02/28/05
   Action Date   :            02/28/05
   Check Status  :
   Check Amount  :
   Cleared Date  :
   Stop Payment  :
   Sub Draft     :
   Prior Paid Adj:

   Select: ▓▓▓▓▓  <CA>Check Addresses  <O#>Options(1-1) <X>eXit
```

```
** CLAIM DISPLAY **           - 09:35:36 May 12 2008 -      pts8     S DIS CLM ENTR
    110649830 - EDWARD A CARNEY         Received: 02/28/05      Ref : M42808
    0         - EDWARD A CARNEY         ---- Prepaid --------   Sts : HI
    222230703 - NATIONAL PRESCRIPT      Member  :               Opr : TAPE
    Account#-                           Medicare:               Ent : 02/28/05
    0         - Pay to Member           Oth.Ins :               Rel :
                                                                ** PAGE 1 OF 1 **

   From     Thru     Proc     Diag   L Ps Ts Bcode Qty  Billed   In-elig  Prepaid
 ******** ******** ******** ****** * ** ** ***** *** ******** ******** *******
1 02/18/05 02/18/05 NPA                         RX   60  139.81


Sq Pr LI Comment
** ** ** ************************************************************
1     1 NPA CLAIM
2     1 SKELAXIN 800 MG TABLET


    -------------------+--------------------+--------------------+----------
    Paid Amount   :                          111.85
    Draft         :                          W
    Checkno       :
    Issued Date   :                          02/28/05
    Action Date   :                          02/28/05
    Check Status  :
    Check Amount  :
    Cleared Date  :
    Stop Payment  :
    Sub Draft     :
    Prior Paid Adj:

Select: [   ]  <CA>Check Addresses  <O#>Options(1-1)  <X>eXit
```

```
** CLAIM DISPLAY **          - 09:36:18 May 12 2008 -        pts8    S.DIS.CLM.ENTR
    110649830 - EDWARD A CARNEY        Received: 06/15/06     Ref  : Q25852
    0         - EDWARD A CARNEY        ---- Prepaid --------  Sts  : HI
    223461740 - MEDCO                  Member  :              Opr  : TAPE
    Account#-                          Medicare:              Ent  : 06/15/06
              - Pay to Member          Oth.Ins :              Rel  :
                                                              ** PAGE 1 OF 1 **

   From     Thru     Proc      Diag  L Ps Ts Bcode Qty  Billed  In-elig Prepaid
 ******** ******** ********  ****** * ** ** ***** *** ******* ******* *******
1 05/23/06 05/23/06 MEDCO                         RX   60    11.56


Sq Pr LI Comment
** ** ** *************************************************************************
1     1  MEDCO/SYSTEMED RX CLAIM
2     1  PROPOXYPHENE NAPSYLATE


    ---------------+----------------------+----------------+
    Paid Amount  :                    9.25
    Draft        :    W
    Checkno      :
    Issued Date  :    06/15/06
    Action Date  :    06/15/06
    Check Status :
    Check Amount :
    Cleared Date :
    Stop Payment :
    Sub Draft    :
    Prior Paid Adj:

Select: ▓▓▓▓▓  <CA>Check Addresses  <0#>Options(1-1)
```

11/16/2006  13:07   7142231163      CMRE FINANCIAL                         PAGE  04

PLEASE
DO NOT    ATTY RALPH MELUSI
STAPLE    29 BRAODWAY
IN THIS
AREA      NEW YORK, NY  10006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | | | | | | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)  110649830 | |
| 2. PATIENT'S NAME  CARNEY EDWARD | | 3. PATIENT'S BIRTH DATE  11 22 1965  SEX M [X] | | | | 4. INSURED'S NAME  SAME | |
| 5. PATIENT'S ADDRESS  17500 SHERMAN WAY | | 6. PATIENT RELATIONSHIP TO INSURED  Self [X] | | | | 7. INSURED'S ADDRESS  SAME | |
| CITY  VAN NUYS | STATE  CA | 8. PATIENT STATUS  Other [X] | | | | CITY | STATE |
| ZIP CODE  91406 | TELEPHONE  (DIS) 240 9273 | Employed / Full-Time / Part-Time | | | | ZIP CODE | TELEPHONE ( ) |
| 9. OTHER INSURED'S NAME  CARNEY EDWARD | | 10. IS PATIENT'S CONDITION RELATED TO: | | | | 11. INSURED'S POLICY GROUP OR FECA NUMBER | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | | a. EMPLOYMENT? NO [X] | | | | a. INSURED'S DATE OF BIRTH | SEX |
| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? NO [X]  PLACE | | | | b. EMPLOYER'S NAME OR SCHOOL NAME | |
| c. EMPLOYER'S NAME OR SCHOOL NAME | | c. OTHER ACCIDENT? NO [X] | | | | c. INSURANCE PLAN NAME OR PROGRAM NAME  ATTY RALPH MELUSI | |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | | 10d. RESERVED FOR LOCAL USE | | | | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  NO [X] | |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED ____  DATE 10/17/2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED ____

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS
16. DATES PATIENT UNABLE TO WORK

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE  SAM BAKSHIAN MD
17a. I.D. NUMBER OF REFERRING PHYSICIAN  F73858
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB?  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
 1. V67.00
22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 01 2005  12 01 2005 | 11 | 4 | 72125 | 1 | 1200 00 | 1 | | | | |
| 12 01 2005  12 01 2005 | 11 | 4 | 76375 | 1 | 775 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER  954829203  [X] EIN
26. PATIENT'S ACCOUNT NO.  LM21388C
27. ACCEPT ASSIGNMENT?  YES
28. TOTAL CHARGE  1975 00
29. AMOUNT PAID  0 00
30. BALANCE DUE  1975 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
BRIAN F KING MD
10/17/2006

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
LANDMARK that IMAGING
11620 WILSHIRE BL 100
LOS ANGELES CA  90025

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
LANDMARK IMAGING MEDICAL GRP
PO BOX 14580
IRVINE CA  92623
G66685

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 6/88)   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500  APPROVED OMB-0720-0001 (CHAMPUS)

PLEASE DO NOT STAPLE IN THIS AREA

ATTY RALPH MELUSI
29 BRAODWAY
NEW YORK, NY 10006

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | 110649830 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
CARNEY EDWARD

3. PATIENT'S BIRTH DATE: 11 22 1965  SEX: M [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
17500 SHERMAN WAY

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
SAME

CITY: VAN NUYS    STATE: CA
8. PATIENT STATUS
Single  Married  Other [X]

ZIP CODE: 91406    TELEPHONE: (DIS) 240 9273
Employed  Full-Time Student  Part-Time Student

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
CARNEY EDWARD

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  [X] NO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH  SEX: M  F

b. OTHER INSURED'S DATE OF BIRTH  SEX: M  F

b. AUTO ACCIDENT?  YES  [X] NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
ATTY RALPH MELUSI

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED                        DATE 10/17/2006

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
MEHRDAD GANJIANPOUR MD

17a. I.D. NUMBER OF REFERRING PHYSICIAN
H23810

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  [X] NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 715 91
2. 726 10
3.
4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From / To | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 28 2006  03 28 2006 | 11 | 2 | 23350 | 1 | 535 50 | 1 | | | | |
| 03 28 2006  03 28 2006 | 11 | 4 | 73040 | 1 | 585 80 | 1 | | | | |
| 03 28 2006  03 28 2006 | 11 | 4 | 73222 | 2 | 1800 00 | 1 | | | | |
| 03 28 2006  03 28 2006 | 11 | 4 | Q9952 | 2 | 6 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: 954829203  SSN  EIN [X]

26. PATIENT'S ACCOUNT NO.: LM2138BC

27. ACCEPT ASSIGNMENT?  [X] YES  NO

28. TOTAL CHARGE: $ 2927 30

29. AMOUNT PAID: $ 0 00

30. BALANCE DUE: $ 2927 30

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
DOUGLAS H BROWN MD
SIGNED    DATE 10/17/2006

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
LANDMARK IMAGING
11620 WILSHIRE BL 100
LOS ANGELES CA 90025

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
(800) 750-4646
LANDMARK IMAGING MEDICAL GRP
PO BOX 14580
IRVINE CA 92623
PIN# A53327  GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
PLEASE PRINT OR TYPE
Printed on Recycled Paper
APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)